# Third District Court of Appeal

## State of Florida

Opinion filed July 30, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0499
Lower Tribunal No. F25-27737
_____

**Robert L. Stanley,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Christine Hernandez, Judge.

Robert L. Stanley, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Ratliff v. State, 914 So. 2d 938, 940 (Fla. 2005) (holding

that a sentence of life imprisonment does not violate the proscription in Article I, Section 17 of the Florida Constitution against an indefinite term of imprisonment).